FILED
U.S. DISTRICT COURT
2010 OCT 25 P 2: 17
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LAYNE R. MEACHAM,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br><br>LISA CHURCH, et al.,<br><br>Defendants. | **ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DENYING THE DEPOSITION OF B.C.**<br><br><br><br><br><br>Case No. 2:08-cv-535 |

The plaintiff, Layne R. Meacham, filed a motion requesting the court to reconsider its order denying the deposition of B.C., a minor.

This court previously entered a Memorandum Decision on April 19, 2010 upholding the Magistrate Judge's decisions on three nondispositive issues, including the granting of a motion to quash the subpoena of B.C. Subsequently, Mr. Meacham moved the court to reconsider the court's decision to uphold the quashing of his subpoena. This court denied Mr. Meacham's motion because his arguments were "inappropriate for a motion to reconsider" and because his "motion fail[ed] to raise one new issue of merit." Mr. Meacham now moves the court to reconsider the court's decision to deny Mr. Meacham's initial motion to reconsider.

The purpose for motions to reconsider is limited. A motion to reconsider is appropriate when the court has obviously erred in interpreting the party's position, assessing the facts, or

applying the law, or when new evidence is found that could not have been obtained despite the parties' due diligence. *Comeau v. Rupp*, 810 F.Supp. 1172, 1175 (D. Kan. 1992). "[R]evisiting the issues already addressed 'is not the purpose of a motion to reconsider,' and 'advanc[ing] new arguments or supporting facts which were otherwise available for presentation when the original . . . motion was briefed' is likewise inappropriate." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991).

Again, Mr. Meacham failed to raise any issues in his most recent motion to reconsider that the court has not already addressed. Instead of raising new meritorious issues, Mr. Meacham simply criticized the law clerks and the legal system in general. For the same reasons set forth at length in the court's memorandum decision upholding the Magistrate Judge's decision, the court denies Mr. Meacham's motion for reconsideration of order denying the deposition of B.C.

It is so ORDERED.

Dated this 15th day of October, 2010.

BY THE COURT

_____
Dee Benson
U.S. District Court Judge

2