FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG -6 2011

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LAYNE R. MEACHAM,<br><br>Plaintiff,<br><br>vs.<br><br>LISA CHURCH, Director, Utah Department of Human Services; GENIAL EVERSON, social worker; DIANE KERNEY, Social Worker, DUANE BETOURNAY, Director, Utah Division of Child and Family Services; and BONNIE KEOUGH,<br><br>Defendants. | ORDER ADOPTING REPORT & RECOMMENDATION<br><br><br><br>Case No. 2:08-cv-535<br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on June 10, 2011, recommending that Defendants' motion to join be granted, Defendants' motion to strike Plaintiff's affidavit be granted and the remainder of their motion to strike be deemed moot, Defendants' motions for summary judgment on Plaintiff's stigma plus claim be granted, Plaintiff's cross-motion for summary judgment on his stigma plus claim be denied, Plaintiff's motion for summary judgment on his claim for interference with an advantageous business relationship be denied, and that Defendants' cross-motion for summary judgment on Plaintiff's claim for interference with an advantageous business relationship be granted.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On June 24, 2011, the Plaintiff filed a document titled "Objection to the Court's Report and Recommendation for Summary Judgment."

Having reviewed all relevant materials, including Plaintiff's *pro se* objection, motions and supporting memoranda, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge.

Accordingly, the court ADOPTS the Report and Recommendation and issues the following Order. Defendants' motion to join is GRANTED. Defendants' motion to strike Plaintiff's affidavit is GRANTED, and the remainder of their motion to strike is deemed MOOT. Defendants' motion for summary judgment on Plaintiff's stigma plus claim is GRANTED. Plaintiff's cross-motion for summary judgment on his stigma plus claim is DENIED. Plaintiff's motion for summary judgment on his claim for interference with an advantageous business relationship is DENIED. Defendants' cross-motion for summary judgment on Plaintiff's claim for interference with an advantageous business relationship is GRANTED. Furthermore, because all claims in this case are resolved by this order, the Clerk of the Court is ordered to enter judgment in favor of the Defendants and to close this case.

DATED this 1st day of July, 2011.

_____
Dee Benson
United States District Judge